UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GABRIELLE EVANS,

        Plaintiff,

v.

JAMES WHITE, K. JONES, and
CITY OF DETROIT,

        Defendants.

_____/

Case No. 22-12177

Nancy G. Edmunds
United States District Judge

Patricia T. Morris
United States Magistrate Judge

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [17]**

      This matter is before the Court on the Magistrate Judge's February 10, 2023 Report and Recommendation. (ECF No. 17.) The Magistrate Judge recommends that the Court *sua sponte* dismiss Plaintiff's claims against Defendant K. Jones. No objections have been filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). Nevertheless, the Court has reviewed the record and finds it agrees with the Magistrate Judge's reasoning and conclusions.

      The Court therefore **ACCEPTS and ADOPTS** the Magistrate Judge's report and

1

recommendation (ECF No. 17.) Plaintiff's claims against Defendant K. Jones are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

                                       s/Nancy G. Edmunds
                                       Nancy G. Edmunds
                                       United States District Judge

Dated: March 2, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 2, 2023, by electronic and/or ordinary mail.

                                       s/Lisa Bartlett
                                       Case Manager